UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FRANKL, | No. 2:13-cv-02354-KJM-AC |
| Petitioner, | |
| v. | ORDER |
| FAIRFIELD IMPORTS, L.L.C., | |
| Respondent. | |

        Petitioner Joseph F. Frankl ("petitioner"), Regional Director of Region 20 of the National Labor Relations Board, petitions the court for a preliminary injunction pursuant to the National Labor Relations Act, 29 U.S.C. § 160(j).  Accordingly, the court orders Fairfield Imports, L.L.C. d/b/a Fairfield Toyota, Momentum Autogroup and Momentum Toyota of Fairfield ("respondent"), to show cause why a temporary injunction, as outlined in the petition, should not be granted pending final disposition of Board Case 20-CA-106248.

        A hearing will be held on December 20, 2013, at 10:00 a.m. in Courtroom 3. Respondent is to file its answer to the petition, together with any pertinent affidavits, declarations, and exhibits, with the court and serve copies upon petitioner by December 6, 2013.  Petitioner may file his rebuttal, including affidavits, declarations, and exhibits, and serve copies upon respondent and its counsel of record by December 13, 2013.

Petitioner is to serve a copy of this order and a copy of its petition on respondent and its counsel of record as soon as practicable but no later than November 29, 2013, with proof of service to be filed with the court.

IT IS SO ORDERED.

DATED: November 20, 2013.

_____
UNITED STATES DISTRICT JUDGE